UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GLENN W. BAILEY,**

    **Plaintiff,**

v.                                                Case No.  8:07-cv-1561-T-30MAP

**RADIOLOGY ASSOCIATES OF
TAMPA, P.A., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Joint Notice of Settlement and Joint Motion for Administrative Closure (Dkt. #9) and Unopposed Joint Motion for Settlement and Joint Motion for Administrative Closure (Dkt. #10) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that

    1.    The Joint Notice of Settlement and Joint Motion for Administrative Closure (Dkt. #9) and Unopposed Joint Motion for Settlement and Joint Motion for Administrative Closure (Dkt. #10) are GRANTED.

    2.    This cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.

    3.    All pending motions, if any, are **DENIED** as moot.

4.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 22, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1561.dismissal 9.wpd